# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00231-CR

**Chadwick Edward Lambert, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 512TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 24-1696-K368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Chadwick Edward Lambert has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed on Appellant's Motion

Filed: April 14, 2026

Do Not Publish